**Order filed May 20, 2016**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-16-00393-CV

———————

**ANNISE D. PARKER, IN HER OFFICIAL CAPACITY AS FORMER MAYOR OF THE CITY OF HOUSTON, AND THE CITY OF HOUSTON, Appellants**

**V.**

**CARROLL G. ROBINSON, BRUCE R. HOTZE AND JEFFREY N. DAILY, Appellees**

---

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-19507**

---

## ORDER

This is an accelerated appeal from an interlocutory order denying a plea to the jurisdiction signed May 2, 2016. On May 18, 2016, appellants filed a motion in this court requesting temporary orders pursuant to Texas Rule of Appellate Procedure 29. Rule 29.3 provides that in an appeal from an interlocutory order, an appellate

court may make "any temporary orders necessary to preserve the parties' rights until disposition of the appeal and may require appropriate security." Tex. R. App. P. 29.3.

Appellants request that we issue an order enforcing the stay of all trial court proceedings under sections 51.014(b) and (c) of the Texas Civil Practice & Remedies Code pending resolution of this interlocutory appeal of the denial of their plea to jurisdiction. Trial is currently set for May 23, 2016.

It appears from the facts stated in the motion that appellants' rights will be prejudiced unless immediate temporary relief is granted. Accordingly, we grant the motion and issue the following order.

We ORDER that all proceedings in the trial court be stayed in trial court cause number 2014-19507, styled *Carroll G. Robinson, Bruce R. Hotze, and Jeffrey N. Daily v. Annise D. Parker, Mayor and City of Houston*. The proceedings are stayed until final decision by this court in this interlocutory appeal or until further orders of this court.

PER CURIAM

Panel consists of Justices Busby, Donovan, and Wise.